UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rodney E. Delawder,

    Petitioner,

        v.         Case No. 1:16cv743

Warden, Ross Correctional
Institution,         Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 3, 2017 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED**. Petitioner's Motion to Amend (Doc. 16) is **GRANTED**; Respondent's Motion to Dismiss (Doc. 11) is **DENIED**; and Petitioner's Motion to Stay (Doc. 12) and Motion to Dismiss (Doc. 15) is **DENIED as MOOT**.

    **IT IS SO ORDERED.**

                              */s/ Michael R. Barrett*
                              Michael R. Barrett
                              United States District Judge